UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:02-cr-00158-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| TELLY SAVALAS ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion For Admission *Pro Hac Vice* and Affidavit, (Doc. No. 129), filed by Defendant's counsel Mark Edwards. The motion indicates Mr. Edwards, a member in good standing of the Bar of this Court, is local counsel and seeks the admission of Jeremy Brian Gordon as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Motion For Admission *Pro Hac Vice* and Affidavit (Doc. No. 129) is GRANTED, and Jeremy Brian Gordon is ADMITTED to practice pro hac vice before the Court in this matter while associated with local counsel.

IT IS SO ORDERED.

Signed: October 26, 2021

Frank D. Whitney
United States District Judge