UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:02-CR-00158-FDW-1 |
| TELLY ARMSTRONG, | ) |
| Defendant. | ) |

## ORDER ON MOTION FOR RELEASE PRE-SENTENCE INVESTIGATION REPORT

Presently before the Court is Defendant Telly Armstrong's Motion for Release of Pre-Sentence Investigation Report (Docket Entry 93). The motion is GRANTED. The Clerk shall release a copy of Defendant's Pre-Sentence Investigation Report to Defendant's counsel of record, Mr. Jeremy Brian Gordon.

SIGNED this 8th day of November 2021.

UNTIED STATES DISTRICT JUDGE