UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:02-cr-00158-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| TELLY SAVALAS ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* following review of the pleadings on Defendant's Motions to reduce his sentence (Doc. Nos. 110, 118, 123), filed pro se, and the more-recently filed Amended Motion for Compassionate Release (Doc. No. 134), filed via counsel. As ordered by the Court, the Government filed a response in opposition to Defendant's pro se motions. (Doc. No. 127). After reviewing the pleadings and in light of the arguments raised by counsel in the Amended Motion for Compassionate Release, the Court hereby DIRECTS the Government to supplement its previous response with any applicable argument and legal authority no later than twenty-one (21) days from the date of this Order. Defendant, through counsel,[1] shall have up to twenty-one (21) days after service of the Government's supplemental response to submit a

---

[1] Now that Defendant is represented by counsel, the Court will not entertain any additional pro se pleadings related to the pending motions before the Court. Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer. See United States v. Barnes, 358 F. App'x 412, 413 (4th Cir. 2009) (affirming denial of pro se motion to withdraw guilty plea and holding that because the defendant "was represented by counsel, the district court was not required to consider [the defendant's] pro se letter filed on February 9, 2009, as a motion to withdraw his plea." (citing United States v. Vampire Nation, 451 F.3d 189, 206 n. 17 (3d Cir.2006) (holding district court is within its authority to disregard pro se motions from a counseled party)).

1

supplemental brief containing any final arguments or evidence in support of Defendant's pending motions.

    IT IS SO ORDERED.

Signed: April 12, 2022

Frank D. Whitney
United States District Judge